**Ralph D. MITCHELL, Trustee of Kamarell Construction, Inc., A Former Corporation; Kamarell Construction, Incorporated, Plaintiffs–Appellants,**

v.

**CHAS. H. TOMPKINS COMPANY, Defendant–Appellee.**

No. 01–1849.

United States Court of Appeals, Fourth Circuit.

Submitted March 15, 2002.

Decided April 8, 2002.

Tarrant H. Lomax, Tarrant H. Lomax, P.C., Washington, DC, for Appellants. Phillip Clark Jones, Braude & Margulies, P.C., Washington, DC, for Appellee.

Before WILKINS, NIEMEYER, and LUTTIG, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ralph D. Mitchell, Trustee of Kamarell Construction, Inc., appeals the district court's order granting summary judgment to Charles H. Tompkins Company in this diversity action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Mitchell v. Chas. H. Tompkins Co.,* No. CA–01–67–A (E.D.Va. May 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*